No. 835. ST. LOUIS, IRON MOUNTAIN & SOUTHERN RAILWAY COMPANY *v.* H. T. TRUE, JR. Error to the Supreme Court of the State of Oklahoma. April 14, 1919. Petition for a writ of certiorari herein denied. *Mr. Thomas B. Pryor*, for plaintiff in error, in support of the petition. *Mr. Finis E. Riddle*, for defendant in error, in opposition to the petition.

No. 888. STEWART A. HEWETT *v.* STATE OF WASHINGTON. April 14, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Mr. Hannis Taylor* for petitioner. No appearance for respondent.

No. 899. ETHA DAVIS, NEE HUTTON, *v.* ALICE R. THOMPSON ET AL. April 14, 1919. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. E. J. Van Court* for petitioner. *Mr. George S. Ramsey* for respondents.

No. 906. C B LIVE STOCK COMPANY *v.* CROSBYTON INDEPENDENT SCHOOL DISTRICT. April 14, 1919. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. W. Burton* and *Mr. Joseph W. Bailey* for petitioner. No appearance for respondent.

No. 911. MAUD MORRISON, ADMINISTRATRIX, ETC., *v.* CHICAGO, MILWAUKEE & ST. PAUL RAILWAY COMPANY. April 14, 1919. Petition for a writ of certiorari to the